# SEALED

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION   ☑ INDICTMENT

Matter Sealed:  ☐ Juvenile   ☑ Other than Juvenile

☐ Pre-Indictment Plea   ☐ Superseding   ☐ Defendant Added

☐ Indictment   ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT   Las Vegas
DISTRICT OF NEVADA            Divisional Office

Name and Office of Person   Ellenrose Jarmolowich
Furnishing Information on   ☐ U.S. Atty  ☐ Other U.S. Agency
THIS FORM                   Phone No. (702) 388-6336

Name of Asst.
U.S. Attorney    SARAH E. GRISWOLD
(if assigned)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Kevin White - FBI

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP  20,  21  or  40.  Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of
offense |               County

CASE NO.  2:14-cr- 207

USA vs.

Defendant:  MICHAEL BLUMENTHAL

Address:

FILED
ENTERED
RECEIVED
SERVED O
COUNSEL/PARTIES OF RECOR

JUN 17 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUT

☐ Interpreter Required   Dialect: _____

Birth                    ☐ Male        ☐ Alien
Date _____    ☑ Female    (if applicable)

Social Security Number _____

### DEFENDANT

Issue:  ☑ Warrant   ☐ Summons

Location Status:

Arrest Date_____ or Date Transferred to Federal Custody_____

☐ Currently in Federal Custody

☐ Currently in State Custody
   ☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): _____

☐ FPD   ☐ CJA   ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ___4___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|---------------------------------|-------------------------------|----------|
| 4 | 18/1349 | Conspiracy To Commit Mail Fraud and Wire Fraud | 1 |
| 4 | 18/1341 | Mail Fraud | 2 |
| 4 | 18/1343 | Wire Fraud | 3 |
| 4 | 18/1957 | Engaging in Monetary Transactions in Property Derived | 4 |
|   |         | from Specified Unlawful Activity |   |