DANIEL G. BOGDEN
United States Attorney
District of Nevada
SARAH E. GRISWOLD
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax: (702) 388-6418

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-207-LDG-VCF |
| Plaintiff, | UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY |
| vs. | PRE-TRIAL RELEASE CONDITIONS |
| MICHAEL BLUMENTHAL, | |
| Defendant. | |

The United States of America, by and through Daniel G. Bogden, United States Attorney, and Sarah E. Griswold, Assistant United States Attorney, submits this Response to Defendant Blumenthal's Motion To Modify Pre-Trial Release Conditions (Doc. 44).

On July 31, 2014, the court held a hearing regarding defendant Blumenthal's conditions of release. (Doc. 36.) The defense requested that Blumenthal be permitted to reside in New Jersey or Florida. The court rejected these options, finding that among the conditions necessary to assure the defendant's appearance, Blumenthal must reside in Las Vegas at a halfway house. On August 1, 2014, the court held a subsequent hearing and ordered Blumenthal released on

1

1  conditions including that his travel is restarted to Clark County, Nevada, and he must reside at a
2  halfway house or community corrections center on Global Positioning Satellite monitoring.
3  (Doc. 35.)
4      Defendant now renews his request to reside in New Jersey or Florida.  (Doc. 44.)  The
5  court should again deny this request.  The defendant is a dual citizen of Canada and the United
6  States.  He has lived his entire life in Canada, his wife and two young children live in Canada,
7  and returning to Canada requires little or no documentation.  Defendant requested to reside in
8  New Jersey or Florida because they provide easier access to Canada.  This is precisely why the
9  request should be denied.  If he returns to Canada, extradition proceedings could take years.
10 After trial, he will be facing a Guidelines range of 168-210 months in prison if he has no
11 criminal history.  He has no reason to stay in this country and face these charges.  (*See also*
12 Docs. 25, 34.)
13     The same reasons that the court found warrant requiring the defendant to reside in Las
14 Vegas remain in effect.  The defendant's conditions of release should not be modified.
15     DATED this 5th day of November, 2014.

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            /s/ Sarah E. Griswold
                                            SARAH E. GRISWOLD
                                            Assistant United States Attorney

**CERTIFICATE OF ELECTRONIC SERVICE**

This is to certify that the undersigned has served the foregoing UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS on counsel of record by means of electronic filing.

DATED this 5th day of November, 2014.

/s/ Sarah E. Griswold
Sarah E. Griswold