ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
ROBERT F. PURDY, ESQ.
Nevada Bar #6097
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
Attorney for Defendant,
**MICHAEL BLUMENTHAL**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:14-CR-00207-LDG-VCF-1 |
| Plaintiff, | ) |
| | ) |
| vs. | ) AN EVIDENTIARY HEARING |
| | ) IS REQUESTED |
| MICHAEL BLUMENTHAL | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S REPLY TO UNITED STATES' RESPONSE TO MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS

COMES NOW, the above named Defendant, MICHAEL BLUMENTHAL, by and through his undersigned attorneys, ANDREW M. LEAVITT, ESQ., and ROBERT F. PURDY, ESQ., of the Law Office of Andrew M. Leavitt, Esq. and hereby submits this Reply Brief in support of the Defendant's Motion to Modify Pretrial Release Conditions. This Reply is made and based upon the points and authorities attached hereto, the pleadings and papers on file herein and

//

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1

any additional evidence that may be presented at the hearing on the original Motion. The Defendant requests that the Court grant a hearing on this Motion.

DATED this 10th day of November, 2014.

>Law Office of
>ANDREW M. LEAVITT, ESQ.
>
>/s/ ANDREW M. LEAVITT, ESQ.
>/s/ ROBERT F. PURDY, ESQ.
>
>_____
>ANDREW M. LEAVITT, ESQ.
>Nevada Bar # 3989
>ROBERT F. PURDY, ESQ.
>Nevada Bar # 6097
>633 South Seventh Street
>Las Vegas, Nevada 89101

## POINTS AND AUTHORITIES

## STATEMENT OF FACTS

The Government claims in its response to Defendant's Motion to Modify Pretrial Release Conditions that Mr. Blumenthal should not be permitted to relocate his pretrial release to New Jersey or Florida because Mr. Blumenthal will inevitably flee the United States to Canada to attempt to escape prosecution.

This is the same rational the Government provided in opposition to Mr. Blumenthal's original request to be released pending trial at his detention hearing. The Government adamantly claimed that Mr. Blumenthal was going to flee Las Vegas if he was not detained pending trial. It has been three months since Mr. Blumenthal was released from custody. Mr. Blumenthal has not attempted to flee Las Vegas or the United States. Rather, Mr. Blumenthal has

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

been a model house arrest/halfway house pretrial Defendant. Mr. Blumenthal has obeyed every rule and has worked full time to provide for himself and his family.

Mr. Blumenthal, in making his Motion to Modify his Pretrial Release Conditions merely wants to reside, while waiting for trial, in a part of the United States that will allow him to more effectively work and to have an opportunity for his family to visit him. If allowed to live in New Jersey, he will reside with his aunt and uncle. If allowed to live in Florida, he will reside with his mother.

The Government claims that both New Jersey and Florida provide easier access to Canada for Mr. Blumenthal to flee the United States. This is untrue. First of all, Florida is more than 300 miles further from the Canadian Border than Las Vegas. The Government would have this Court to believe that an individual on house arrest and wearing a GPS Bracelet could easily fly from Florida (or New Jersey) and flee to Canada. Under this logic, Mr. Blumenthal could have already boarded a flight in Las Vegas and flown to Canada. This is not reality. Mr. Blumenthal has not and will not flee from justice in this case.

The Government perverts the reasoning for Mr. Blumenthal's request for the move - claiming that better access to Canada means he will flee. If Mr. Blumenthal is permitted to move, it is for easier and more accessible for his **wife** and **two young children** to come visit him. New Jersey is closer allowing his family to drive. Florida is actually further, but more affordable to fly and

his family would have a place to stay at no cost when visiting. Additionally, the employment opportunities and costs will be more favorable if Mr. Blumenthal is permitted to live in either New Jersey or Florida pending trial.

Accordingly, the rational offered by the Government is stale, inapplicable and does not pertain to the present situation. Therefore, it is respectfully requested that this Court grant an evidentiary hearing and, ultimately, allow Mr. Blumenthal to modify his pretrial release conditions by allowing him to move to New Jersey or Florida.

DATED this 10th day of November, 2014.

> Law Office of
> ANDREW M. LEAVITT, ESQ.
>
> /s/ ANDREW M. LEAVITT, ESQ.
> /s/ ROBERT F. PURDY, ESQ.
> _____
> ANDREW M. LEAVITT, ESQ.
> Nevada Bar # 3989
> ROBERT F. PURDY, ESQ.
> Nevada Bar # 6097
> 633 South Seventh Street
> Las Vegas, Nevada 89101

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Law Office of Andrew M. Leavitt, Esq., and that on the 10th day of November, 2014, I did send via electronic filing, the foregoing **DEFENDANT'S REPLY TO UNITED STATES' RESPONSE TO MOTION TO MODIFY PRE-TRIAL RELEASE CONDITIONS** to:

> Sarah E. Griswold, Esq.
> U.S. Attorney's Office
> 333 Las Vegas Blvd So
> Suite 5000
> Las Vegas, NV 89101
> 702-388-6336
> 702-388-6418 (fax)
> sarah.griswold@usdoj.gov


/s/ Yadira Romero
_____
Yadira Romero
Employee of the Law Office of
Andrew M. Leavitt, Esq.

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

5