# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:14-cr-00207-LDG (VCF) |
| v. | **ORDER** |
| MICHAEL BLUMENTHAL, | |
| Defendant. | |

THE COURT **ORDERS** that Defendant Michael Blumenthal's Motion to Modify Conditions of Release (#44) is DENIED.

DATED this 26 day of March, 2015.

_____
Lloyd D. George
United States District Judge