ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
ROBERT F. PURDY, ESQ.
Nevada Bar #6097
**LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

Attorneys for Defendant,
MICHAEL BLUMENTHAL

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-00207-LDG-VCF-1 |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL BLUMENTHAL ) | |
| Defendant. ) | |

### STIPULATION AND ORDER PERMITTING FAMILY VISITATION

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its attorney of record, SARAH E. GRISWOLD, ESQ., and the Defendant, MICHAEL BLUMENTHAL, by and through its undersigned attorney, ROBERT F. PURDY, ESQ., and hereby stipulate and agree as follows:

That Mr. Blumenthal is presently on home detention as a condition of his pre-trial release.

That Michael Blumenthal's father, Mr. Alec Blumenthal, is visiting Las Vegas from July 13, 2015 to July 17, 2015;

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

That Michael Blumenthal provided pretrial services a copy of the itinerary for his father's visit, including the arrival and departure dates and times;

That Michael Blumenthal has provided pretrial services with the locations of the hotel in which his father is staying; the names and addresses of any work appointments and/or locations that he will be visiting with his father; and the location and addresses of any shopping mall, retail or dining establishments that Michael Blumenthal will visit with his father;

That pretrial services is in agreement with the proposed schedule for Michael Blumenthal to visit with his father from July 13, 2015 to July 17, 2015 from the hours of 9:00 a.m. to 9:00 p.m.;

That Michael Blumenthal agrees and acknowledges that he will not be permitted nor will he travel to the Las Vegas McCarran International Airport during this visitation period;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel that the Defendant, Michael Blumenthal, shall be permitted to have visitation with his father between July 13, 2015 and July 17, 2015 from the hours of 9:00 a.m. to 9:00 p.m. outside of his residence.

DATED this 2nd day of July, 2015.                    DATED this 2nd day of July, 2015.

/ s / Robert F. Purdy, Esq.                          / s / Sarah E. Griswold

**ANDREW M. LEAVITT, ESQ.**                          **SARAH E. GRISWOLD, ESQ.**
**ROBERT F. PURDY, ESQ.**                            Assistant U.S. Attorney
633 S. 7th Street                                    330 Las Vegas Blvd. South
Las Vegas, NV 89101                                  Fifth Floor
Attorneys for Defendant,                             Las Vegas, NV 89101
MICHAEL BLUMENTHAL

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

IT IS SO ORDERED:

_____
HONORABLE JUDGE LLOYD GEORGE
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA

DATED this 9 day of July, 2015.

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438