

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-207-LDG-(VCF) |
| MICHAEL BLUMENTHAL, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that defendant MICHAEL BLUMENTHAL pled guilty to Counts One through Four of a Four-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Mail Fraud and Wire Fraud in violation of Title 18, United States Code, Sections 1341, 1343, and 1349; in Count Two with Mail Fraud in violation of Title 18, United States Code, Section 1341; in Count Three with Wire Fraud in violation of Title 18, United States Code, Section 1343; and in Count Four with Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity in violation of Title 18, United States Code, Section 1957. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 59; Plea Agreement, ECF No. 60.

This Court finds defendant MICHAEL BLUMENTHAL agreed to the imposition of the in personam criminal forfeiture money judgment of $4,394,321.55 set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Indictment, to be held jointly and severally liable with any codefendant. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 60; Change of Plea, ECF No. 59.

1  This Court finds that MICHAEL BLUMENTHAL shall pay a criminal forfeiture money judgment of $4,394,321.55 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL BLUMENTHAL a criminal forfeiture money judgment in the amount of $4,394,321.55 in United States Currency.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Michael Humphreys.

DATED this 24 day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE