ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
ROBERT F. PURDY, ESQ.
Nevada Bar #6097
**LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

Attorneys for Defendant,
MICHAEL BLUMENTHAL

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:14-CR-00207-LDG-VCF-1 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL BLUMENTHAL ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER MODIFYING DEFENDANT'S PRE-TRIAL RELEASE CONDITIONS

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its attorney of record, SARAH E. GRISWOLD, ESQ., and the Defendant, MICHAEL BLUMENTHAL, by and through its undersigned attorney, ROBERT F. PURDY, ESQ., and hereby stipulate and agree as follows:

That the Defendant, MICHAEL BLUMENTHAL, was ordered released on conditions in August of 2014 and has been since subject to and participating in the "home detention" component of the location monitoring program as a condition of his pretrial release.

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1

That the Defendant, MICHAEL BLUMENTHAL, has requested and the government and pretrial services have both agreed to modify the location monitoring program from "home detention" to the "curfew" component.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel, that the Defendant, MICHAEL BLUMENTHAL, shall be removed from the "home detention" location monitoring component and placed on the "curfew" location monitoring component; and that the Defendant, MICHAEL BLUMENTHAL, shall abide by the curfew requirements as Pretrial Services or the supervising officer instructs.

IT IS FURTHER STIPULATED AND AGREED that the Defendant, MICHAEL BLUMENTHAL, as a term of his "curfew" location monitoring shall be restricted to his residence every day from 9:00 p.m. to 8:00 a.m. and/or a time schedule deemed appropriate by Pretrial Services or the supervising officer.

IT IS FURTHER STIPULATED AND AGREED that the Defendant's other previously ordered pretrial release terms and conditions shall remain in full force and effect.

| DATED this 14th day of October, 2015. | DATED this 14th day of October, 2015. |
|---|---|
| / s / Robert F. Purdy, Esq. | / s / Sarah E. Griswold |
| **ANDREW M. LEAVITT, ESQ.**<br>**ROBERT F. PURDY, ESQ.**<br>633 S. 7th Street<br>Las Vegas, NV 89101<br>Attorneys for Defendant,<br>MICHAEL BLUMENTHAL | **SARAH E. GRISWOLD, ESQ.**<br>Assistant U.S. Attorney<br>330 Las Vegas Blvd. South<br>Fifth Floor<br>Las Vegas, NV 89101 |

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

2

IT IS SO ORDERED:

_____
HONORABLE JUDGE LLOYD GEORGE
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF NEVADA

DATED this 21 day of October, 2015.

Andrew M. Leavitt
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

3