ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
ROBERT F. PURDY, ESQ.
Nevada Bar #6097
**LAW OFFICES OF ANDREW M. LEAVITT, ESQ.**
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BLUMENTHAL.<br><br>Defendant. | 2:14-CR-00207-LDG-VCF-1<br><br>Date of Sentencing: 01/25/16<br>Time of Sentencing: 1:30 p.m. |

### ORDER

Based upon the Defendant's Unopposed Motion to Continue the Time for the Filing of the Supplement to the Sentencing Memorandum and for the filing of the Government's Reply:

**IT IS HEREBY ORDERED** that the Defendant's Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Defendant shall have until January 14, 2016, at 5:00 p.m. to file his supplement to sentencing memorandum and that the Government shall have until January 20, 2016 at 5:00 p.m. to file any reply.

Dated: January 21, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

1 of 1

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438