

```
FILED            RECEIVED
ENTERED          SERVED ON
         COUNSEL/PARTIES OF RECORD

        JAN 2 5 2016

CLERK US DISTRICT COURT
  DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) 2:14-CR-207-LDG-(VCF) ) |
| MICHAEL BLUMENTHAL, | ) ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

This Court found that MICHAEL BLUMENTHAL shall pay the criminal forfeiture money judgment of $4,394,321.55 in United States Currency, held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 59; Plea Agreement, ECF No. 60; Preliminary Order of Forfeiture, ECF No. 61.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MICHAEL BLUMENTHAL the criminal forfeiture money judgment in the amount of $4,394,321.55 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section

///

2461(c); Title 18, United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Daniel D. Hollingsworth, Asset Forfeiture Unit.

DATED this 25th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE