UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00207-LDG-VCF-1 |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| MICHAEL BLUMENTHAL, | |
| Defendant. | |

The Defendant was Sentenced on Monday, January 25, 2016 to 50 Months custody. For good cause showing the Court hereby Orders the Bond exonerated and Secured Cash Bond of $50,000.00 be returned to the legal owner Alec Blumenthal and $10,000.00 be returned to the legal owner **Lanny M. Katz**.

DATED this 29th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE