# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL BLUMENTHAL,

    Defendant.

Case No. 2:14-cr-00207-LDG (VCF)

**ORDER**

    The United States moves to amend the judgment (#76) pursuant to Federal Rule of Criminal Procedure 36 to correct a clerical error.  More specifically, the United States indicates that some of the names on the list of restitution recipients, which list is attached to the judgment, are spelled incorrectly or that the first and last names are transposed.  The United States has submitted a revised Restitution List correcting these errors, and asks that the judgment be amended by appending the revised restitution list.  The defendant has filed a response indicating that he does not oppose (#78).

    Accordingly,

    THE COURT **ORDERS** that the United States' Motion to Amend Judgment (#76) is GRANTED;

THE COURT FURTHER **ORDERS** that the Clerk of the Court shall prepare an Amended Judgment in a Criminal Case for the Court's signature, which Amended Judgment shall replace the original Restitution List with the Revised Restitution List attached as Exhibit B to the Motion to Amend.

DATED this ___9___ day of April, 2016.

_____
Lloyd D. George
United States District Judge

2