Case 2:14-cr-00207-LDG-VCF   Document 83   Filed 07/21/16   Page 1 of 2

ROBERT F. PURDY, ESQ.
Nevada Bar #6097
**LAW OFFICE OF ANDREW M. LEAVITT, ESQ.**
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800

Attorney for Defendant,
MICHAEL BLUMENTHAL

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) 2:14-CR-00207-LDG-VCF-1 |
| Plaintiff, ) | |
| vs. ) | |
| MICHAEL BLUMENTHAL ) | |
| Defendant. ) | |

### STIPULATION AND ORDER TO REQUEST THE RETURN OF PASSPORTS AND BIRTH CERTIFICATE

It is hereby stipulated and agreed by and between CRISTINA SILVA, Assistant United States Attorney, ROBERT F. PURDY, ESQ., counsel for the Defendant, MICHEAL BLUMENTHAL'S that the Mr. Blumenthal's United States and Canadian passports and

//

//

//

//

//

//

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

also his birth certificate, presently in the possession of the Nevada Pretrial Services Office, be released to Defendant's legal counsel, ROBERT F. PURDY, ESQ., for purposes of returning the documents to the Defendant's family. It is further stipulated and agreed that the Defendant will re-surrender the passports, if requested to do so by the United States Probation Office, during any period of supervised release.

DATED this 20th day of July, 2016.

/ s / Robert F. Purdy

**ROBERT F. PURDY, ESQ.**
633 S. 7th Street
Las Vegas, NV 89101
Attorney for Defendant,
MICHAEL BLUMENTHAL

/ s / Cristina Silva

**CRISTINA SILVA, ESQ.**
Assistant U.S. Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

IT IS SO ORDERED:

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT COURT JUDGE
DITRICT OF NEVADA

DATED this ____ day of July, 2016

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438